```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 10393
   BRENDA CASTILE MUNOZ
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

       Debtor
   SSN XXX-XX-2531


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/23/2006 and was confirmed 10/19/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was converted to chapter 7 after confirmation 01/24/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
BLACKHAWK AREA C U         SECURED          20493.81      2829.37      11465.14
BLACKHAWK AREA C U         CURRENT MORTG        .00          .00            .00
BLACKHAWK AREA C U         CURRENT MORTG        .00          .00            .00
BLACKHAWK AREA C U         MORTGAGE ARRE    1385.72          .00         233.67
BLACKHAWK AREA C U         MORTGAGE ARRE     548.60          .00          92.51
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED        .00            .00
AMERICASH LOANS            UNSECURED         817.01          .00            .00
ECAST SETTLEMENT CORP      UNSECURED        4888.36          .00            .00
CAPITAL ONE                UNSECURED         376.38          .00            .00
CHECK & GO OF ILLINOIS     UNSECURED       NOT FILED        .00            .00
CITIFINANCIAL              UNSECURED       NOT FILED        .00            .00
CAPITAL RECOVERY ONE       UNSECURED         151.78          .00            .00
MARSHALL FIELDS            UNSECURED       NOT FILED        .00            .00
PDL FINANCIAL SERVICES     UNSECURED        1358.52          .00            .00
ROUNDUP FUNDING LLC        UNSECURED        1012.62          .00            .00
WELLS FARGO FINANCIAL IL   UNSECURED        1025.17          .00            .00
TSYS DEBT MANAGEMENT INC   UNSECURED         988.13          .00            .00
AMERICASH LOANS LLC        UNSECURED         526.80          .00            .00
ERNESTO D BORGES JR        ATTORNEY         3000.00          .00         3000.00
NEAL FELD                  DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                      1,284.31
DEBTOR REFUND              REFUND                                       1,027.50


      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 19,932.50

PRIORITY                                           .00
SECURED                                       11,791.32
    INTEREST                                   2,829.37

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 10393 BRENDA CASTILE MUNOZ
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                3,000.00
TRUSTEE COMPENSATION                                          1,284.31
DEBTOR REFUND                                                 1,027.50
                                        ----------------  ----------------
TOTALS                                         19,932.50         19,932.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/17/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE